PERRY v. PERRY

No. 532P82.

Case below: 58 N.C. App. 606.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 November 1982.

STATE v. HILL

No. 612PA82.

Case below: 59 N.C. App. 216.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 November 1982.

STATE v. PAUL

No. 547P82.

Case below: 58 N.C. App. 723.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982.

STATE v. STANLEY

No. 587P82.

Case below: 59 N.C. App. 238.

Petition by defendant for discretionary review under G.S. 7A-31 denied 26 October 1982.

STATE v. STRANGE

No. 557P82.

Case below: 56 N.C. App. 263.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982. Appeal dismissed 3 November 1982.